UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| TERRY L. WILLIAMS, and ) | Case No. 14-44204-659 |
| AVERIL MAY WILLIAMS, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

**O R D E R**

The matter before the Court is United States Trustee's Motion for Disgorgement of Fees and For Order to Show Cause which alleges numerous violations of Settlement Agreement and Court Order which was approved by the Bankruptcy Court on July 31, 2007 and entered in U.S. Trustee v. Diltz, *et. al.*, Adversary No. 05-4254. Based upon a consideration of the record as a whole,

**IT IS ORDERED THAT** Critique Services, LLC is to appear and **SHOW CAUSE** why it should not be ordered to disgorge to Debtors all fees paid to Respondents by Debtors pursuant to 11 U.S.C. Section 329(b) and Rule 2017(a) of the Federal Rules of Bankruptcy Procedure based on Respondents' failure to comply with Settlement Agreement and Court Order which was approved by the Bankruptcy Court on July 31, 2007 and entered in U.S. Trustee v. Diltz, *et. al.*, Adversary No. 05-4254 on **January 20, 2015 at 10:00 a.m.** in Bankruptcy Courtroom Seven North, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, 7th Floor, St. Louis, Missouri.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: December 19, 2014
St. Louis, Missouri

-2-

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Ross H. Briggs
Post Office Box 58628
St. Louis, MO 63158

Mary E. Lopinot
P.O. Box 16025
St. Louis, MO 63105

Beverly Holmes Diltz
Critique Services, LLC
3919 Washington Blvd.
St. Louis MO 63108

Laurence D. Mass
230 S Bemiston Ave
Suite 1200
Clayton, MO 63105

Terry and Averil Williams
7150 Vernon Ave.
St. Louis, MO 63130

James Clifton Robinson
Critique Services
3919 Washington Blvd.
St. Louis, MO 63108

Beverly Holmes Diltz
4144 Lindell Ste. 100
St. Louis, MO 63108

James Clifton Robinson
4940 Terry Ave.
St. Louis MO 63115