UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| TERRY L. WILLIAMS, and ) | Case No. 14-44204-659 |
| AVERIL MAY WILLIAMS, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

**O R D E R**

The matter before the Court is United States Trustee's Motion for Disgorgement of Fees and For Order to Show Cause (hereinafter "UST Motion") which alleges numerous violations of Settlement Agreement and Court Order which was approved by the Bankruptcy Court on July 31, 2007 and entered in U.S. Trustee v. Diltz, et. al., Adversary No. 05-4254. On November 19, 2014, U.S. Trustee filed UST's Motion. On December 19, 2014, this Court entered Order in which this Court directed Attorney James C. Robinson to appear and show cause why he should not be ordered to disgorge to Debtors all fees paid for failure to comply with Settlement Agreement and Court Order which was approved by the Bankruptcy Court on July 31, 2007 and entered in U.S. Trustee v. Diltz, *et. al.,* Adversary No. 05-4254 (hereinafter "Show Cause Order A"). That same day, this Court entered Order in which this Court directed Attorney James C. Robinson to appear and show cause why he should not be found to have facilitated or suborned the violation of Settlement Agreement and Court Order which was approved by the Bankruptcy Court on July 31, 2007 and entered in U.S. Trustee v. Diltz, *et. al.,* Adversary No. 05-4254 (hereinafter "Show Cause Order B"). Both Show Cause Orders were set for hearing on January 20, 2015.

Attorney James C. Robinson neither appeared at the January 20, 2015 hearing, nor did he submit a written response to Show Cause Order A or Show Cause Order B. The matters were continued to March 3, 2015, then to April 28, 2015 and then to July 6, 2015. Attorney James C. Robinson has not appeared at any of these hearings, nor has he submitted a written response.

Therefore,

**IT IS ORDERED THAT** a final hearing on Show Cause Order A and Show Cause Order B will be held on **August 18, 2015 at 10:00 a.m.** in Bankruptcy Courtroom Seven North, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, 7th Floor, St. Louis, Missouri; and

**IT IS FURTHER ORDERED THAT** James C. Robinson is to appear and **SHOW CAUSE** why he should not be ordered to disgorge to Debtor(s) all fees paid to Respondents by Debtor(s) pursuant to 11 U.S.C. Section 329(b) and Rule 2017(a) of the Federal Rules of Bankruptcy Procedure based on Respondents' failure to comply with Settlement Agreement and Court Order which was approved by the Bankruptcy Court on July 31, 2007 and entered in U.S. Trustee v. Diltz, *et. al.,* Adversary No. 05-4254; and

**IT IS FURTHER ORDERED THAT** James C. Robinson is to appear and **SHOW CAUSE** why he should not be found to have facilitated or suborned the violation of Settlement Agreement and Court Order which was approved by the Bankruptcy Court on July 31, 2007 and entered in U.S. Trustee v. Diltz, *et. al.,* Adversary No. 05-4254.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  July 17, 2015
St. Louis, Missouri

Copies to:

All Creditors and Parties in Interest.